IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,** on its
own behalf and on behalf of the
**PUEBLOS OF JEMEZ, SANTA ANA, and ZIA,**

and

**STATE OF NEW MEXICO,** *ex rel.*
**State Engineer,**
    Plaintiffs,       83cv01041 MV-ACE
                  <u>**JEMEZ RIVER ADJUDICATION**</u>

and

**THE PUEBLOS OF JEMEZ, SANTA ANA, and ZIA,**
    Plaintiffs-in-Intervention,

v.

**TOM ABOUSLEMAN,** *et al.*,
    Defendants.

<u>**ORDER**</u>

  **THIS MATTER** is before the Court on the State of New Mexico's Motion to Dismiss the "Declaration of State of New Mexico Trust Reserved Rights" Filed by the New Mexico Commissioner of Public Lands (Doc. No. 4060, filed December 21, 2004). On July 20, 2005, the Court entered a Memorandum Opinion and Order dismissing the Declaration filed by the New Mexico Commissioner of Public Lands. (*See* Doc. No. 4082). Therefore, the Court shall **DENY** the State of New Mexico's Motion as moot.

  **IT IS SO ORDERED.**

                      _____
                      **MARTHA VÁZQUEZ**
                   **CHIEF UNITED STATES DISTRICT JUDGE**