IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, on its
own behalf and on behalf of the
PUEBLOS OF JEMEZ, SANTA ANA, and ZIA,

and

STATE OF NEW MEXICO, *ex rel.*
State Engineer,
   Plaintiffs,         83cv01041 MV/WPL
                   JEMEZ RIVER ADJUDICATION
and

THE PUEBLOS OF JEMEZ, SANTA ANA, and ZIA,
   Plaintiffs-in-Intervention,

v.

TOM ABOUSLEMAN, *et al.*,
   Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on David C. Mielke and Reid Peyton Chambers' (Sonosky, Chambers, Sachse, Mielke & Brownell, LLP) Unopposed Motion for Withdrawal of Counsel. *See* Doc. 4372.

Mr. Mielke and Mr. Chambers seek to withdraw as counsel for Intervenor Pueblo of Zia. The motion is made with the consent of the Pueblo of Zia, states the Pueblo of Zia's address and telephone number, and includes a notice that the Pueblo of Zia can appear only with an attorney. No responses opposing the motion to withdraw have been filed. The Court **GRANTS** Mr. Mielke and Mr. Chambers' motion to withdraw. *See* D.N.M.LR-Civ. 83.8(a) (an attorney may withdraw from an action on an unopposed motion to withdraw which indicates the consent of the client and, if the client is a corporation or business entity other than a natural person, the client's address and

telephone number); D.N.M.LR-Civ. 83.8(c) (motion must include notice that the corporation, partnership or business entity other than a natural person can appear only with an attorney).

The motion states that the Pueblo of Zia has appointed new counsel, Robert F. Medina, who intends to apply to the bar of this Court and enter his appearance on behalf of the Pueblo of Zia. Mr. Medina has not yet entered his appearance. The Court reminds the Pueblo of Zia that it can only appear with an attorney and absent entry of appearance by a new attorney, any filings made by the Pueblo of Zia may be stricken and default judgment or other sanctions imposed. *See* D.N.M.LR-Civ. 83.8(c)

**IT IS SO ORDERED.**

_____
**WILLIAM P. LYNCH**
**UNITED STATES MAGISTRATE JUDGE**