# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, on its
own behalf and on behalf of the
PUEBLOS OF JEMEZ, SANTA ANA, and ZIA,

and

STATE OF NEW MEXICO, *ex rel.*
State Engineer,
        Plaintiffs,                                   83cv01041 MV/JHR
                                                      JEMEZ RIVER ADJUDICATION
and

THE PUEBLOS OF JEMEZ, SANTA ANA, and ZIA,
    Plaintiffs-in-Intervention,

v.

TOM ABOUSLEMAN, *et al.*,
    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on Robert F. Medina's Unopposed Motion to Withdrawal as Counsel and Notice of Substitution of Counsel, Doc. 4412, filed February 20, 2018. Mr. Medina seeks to withdraw as counsel for Intervenor Pueblo of Zia. The motion is made with the consent of the Pueblo of Zia, states the Pueblo of Zia's address and telephone number, and states that the Pueblo of Zia has appointed new counsel Joseph Little. Joseph Little has entered his appearance on behalf of the Pueblo of Zia. *See* Doc. 4398, filed October 5, 2017. No responses opposing the motion to withdraw have been filed. The Court will grant the motion. *See* D.N.M.LR-Civ. 83.8(a) (a motion to withdraw must indicate consent of the client and notice of appointment of substitute attorney).

**IT IS ORDERED** that Robert F. Medina's Unopposed Motion to Withdrawal as Counsel and Notice of Substitution of Counsel, Doc. 4412, filed February 20, 2018, is **GRANTED.**

_____
**JERRY H. RITTER**
**UNITED STATES MAGISTRATE JUDGE**