# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, on its
own behalf and on behalf of the
PUEBLOS OF JEMEZ, SANTA ANA, and ZIA,

and

STATE OF NEW MEXICO, *ex rel.*
State Engineer,
        Plaintiffs,          83cv01041 MV/JHR
                        JEMEZ RIVER ADJUDICATION

and

THE PUEBLOS OF JEMEZ, SANTA ANA, and ZIA,
        Plaintiffs-in-Intervention,

v.

TOM ABOUSLEMAN, *et al.*,
        Defendants.

## ORDER STAYING PROCEEDINGS

Chief United States District Judge William P. Johnson entered a Temporary Administrative Order Relating to Civil Cases Involving the United States on December 27, 2018. The Administrative Order is attached. As a result of the Administrative Order, all proceedings in this case are temporarily stayed. The Court will notify the Parties when the temporary stay is lifted.

**IT IS SO ORDERED.**

                                             **JERRY H. RITTER**
                                             **UNITED STATES MAGISTRATE JUDGE**